**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**BOARDS OF TRUSTEES OF THE OHIO
LABORERS' FRINGE BENEFIT PROGRAMS,**

   **Plaintiffs,**

 **vs.**                **Civil Action 2:15-CV-1126
                    Judge Marbley
                    Magistrate Judge King**

**McVAY MASONRY, LLC.**

   **Defendant.**

## ORDER

On June 26, 2015, the United States Magistrate Judge recommended that plaintiffs' motion for default judgment, ECF No. 9, be granted. *Report and Recommendation*, ECF No. 10.  Although the parties were advised of their right to object to the recommendation, and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, ECF No. 10, is **ADOPTED AND AFFIRMED**. Plaintiffs' motion for default judgment, ECF No. 9, is **GRANTED.**

It is **ORDERED** that plaintiffs Boards of Trustees of the Ohio Laborers' Fringe Benefit Programs have and recover from defendant McVay Masonry, LLC, the sum of Four Thousand Four Hundred Seventy-Six Dollars and Twelve Cents ($4,476.12), including unpaid fringe benefit contributions through April 2015, prejudgment interest, and liquidated damages, and a reasonable attorney's fee in the amount of Two Thousand

Forty Dollars ($2,040), plus interest from the date of judgment at the rate of one percent (1%) per month.

    The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** accordingly.

                                                              s/Algenon L. Marbley
                                                                 Algenon L. Marbley
                                              United States District Judge